INDRALAKSHMI DIN-DAYAL *vs.* MOORE REAL ESTATE TRUST. April 15, 2008. *Supreme Judicial Court,* Superintendence of inferior courts. *Real Property,* Attachment. *Practice, Civil,* Moot case.

Indralakshmi Din-Dayal appeals from a judgment of the county court denying her petition for relief under G. L. c. 211, § 3.[1] We dismiss the appeal as moot.

Din-Dayal was the defendant in a summary process proceeding in the District Court. She asserted counterclaims against the plaintiff (landlord) and moved for an attachment, seeking pretrial security for any money judgment in her favor. A judge denied her motion for an attachment. Din-Dayal's G. L. c. 211, § 3, petition sought relief from that denial. The landlord has since prevailed on its claim for possession and on Din-Dayal's counterclaims, and the appellate process has been exhausted. *Moore Real Estate Trust* v. *Din-Dayal*, 69 Mass. App. Ct. 1116, *S.C.*, 449 Mass. 1113 (2007). Because Din-Dayal has not prevailed on any of her claims, her pretrial request for an attachment is moot.

*Appeal dismissed.*

The case was submitted on briefs.
*Mark D. Stern & Richard M.W. Bauer* for the plaintiff.
*Jeffrey C. Turk & Katherine G. Brady* for the defendant.